UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| PAUL F. DOERING,<br><br>             Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | 5:16-CV-05016-JLV<br><br>ORDER FOR BRIEFS |

This case was stayed pending the United States Supreme Court's decision in <u>Beckles v. United States</u>, Supreme Court Case No. 15-8544.  Today the Supreme Court issued its decision in <u>Beckles</u>.  Accordingly, it is hereby

ORDERED that the stay of this case is lifted.  It is further

ORDERED that movant Paul F. Doering shall file a brief on or before April 7, 2017, discussing the impact of <u>Beckles</u> on his pending § 2255 motion; the government shall file its response on or before April 21, 2017; movant may have until May 5, 2017, to file a reply.

DATED this 6th day of March, 2017.

BY THE COURT:

*/s/ Veronica L. Duffy*
VERONICA L. DUFFY
United States Magistrate Judge